1168

No. 00–7540. OLLIS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–7541. POLICHEMI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 00–7543. MACON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–7546. JARAMILLO *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7547. MARTIN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–7548. BRYANT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 00–7549. JARRETT *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. 

No. 00–7552. BUSTAMONTE *v.* ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–7553. RAY *v.* SMITH, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7554. RASTEN *v.* NORTHEASTERN UNIVERSITY. Sup. Jud. Ct. Mass. Certiorari denied. 

No. 00–7555. SZALAY *v.* CURTIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–7556. SHEPHERD *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7559. SMITH *v.* MOODY, WARDEN. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. 

No. 00–7560. YOUNG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 00–7562. WARREN *v.* CIRCUIT COURT OF WISCONSIN, RICHLAND COUNTY, ET AL. C. A. 7th Cir. Certiorari denied.